# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SEAN HORN,                :
                           :
                           :
           Plaintiff,        :
                           :
     v.                 :        Civil Action No. 15-1707
                           :
LIEUTENANT KYLE, *et al.*,  :
                           :
          Defendants.     :

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. For the reasons stated below, the Court will grant the application and dismiss the complaint.

Plaintiff alleges that Lt. Kyle and four officers of the Metropolitan Police Department approached him on September 21, 2015 and questioned him about explosives. *See* Compl. at 2-3. He claims that the defendants violated the "constitutional of [his] rights" and labelled him a terrorist. *Id.* at 4. Plaintiff demands damages of $100,000. *Id.*

The Federal Rules of Civil Procedure require that a complaint contain "'a short and plain statement of the claim showing that the pleader is entitled to relief,' in order to 'give the defendant fair notice of what the . . . claim is and the grounds upon which it rests[.]'" *Bell Atl. Corp. v. Twombly,* 550 U.S. 544, 555 (2007) (quoting *Conley v. Gibson*, 355 U.S. 41, 47 (1957)). Further, a complaint must "contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal,* 556 U.S. 662, 678 (2009) (quoting *Twombly,* 550 U.S. at 570). Although a *pro se* complaint is "held to less stringent standards than

formal pleadings drafted by lawyers," *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (per curiam) (internal quotation marks and citation omitted), it too "must plead 'factual matter' that permits the court to infer 'more than the mere possibility of misconduct,'" *Atherton v. District of Columbia Office of the Mayor*, 567 F.3d 672, 681-82 (D.C. Cir. 2009) (quoting *Iqbal*, 556 U.S. at 678-79). As drafted, the complaint fails to meet these goals. The Court therefore will dismiss the complaint. An Order is issued separately.

United States District Judge

DATE: November 13, 2015